

# Fourth Court of Appeals

## San Antonio, Texas

September 19, 2019

No. 04-19-00153-CV

**THE ROMAN CATHOLIC BISHOP OF SAN BERNARDINO**, and Bishop Gerald R. Barnes,
Appellants

v.

John **DOE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08589
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The court has considered the appellee's motion for en banc reconsideration, and the motion is DENIED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2019.



Keith E. Hottle,
Clerk of Court